UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GODOY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>    Defendants. | Civil No. 11cv161-L(NLS)<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT** |

On April 26, 2011 Defendant United States of America filed a motion to dismiss the complaint. On May 17, 2011 Plaintiff filed the first amended complaint. The amended complaint was timely filed pursuant to Federal Rule of Civil Procedure 15(a).

An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *aff'd on other grounds*, *Humana, Inc. v. Forsyth*, 525 U.S. 299 (1999). A district court may treat as moot a pending motion to dismiss a superseded pleading. *See* William W. Schwarzer *et al.*, Fed. Civ. Proc. Before Trial ¶ 9:262 (2011). Accordingly, Defendant's motion to dismiss is **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that Defendant shall file a response to the amended complaint, if any, within the time provided in Rule 15(a)(3).

/ / / / /

/ / / / /

1  The hearing on Defendant's motion to dismiss, currently set on this court's calendar for
2  July 11, 2011, is **VACATED**.
3  **IT IS SO ORDERED**.

5  DATED: May 23, 2011

   M. James Lorenz
   United States District Court Judge

7  COPY TO:

9  HON. NITA L. STORMES
   UNITED STATES MAGISTRATE JUDGE

10 ALL PARTIES/COUNSEL